THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John N. Swinton, Appellant.
 
 
 

Appeal From Orangeburg County
 James C. Williams, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2009-UP-332
Submitted May 1, 2009  Filed June 15,
 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor David M. Pascoe, Jr., of Orangeburg, for Respondent.
 
 
 

PER CURIAM:  John
 N. Swinton appeals from his guilty plea
 for obtaining property by false pretenses between one thousand and five
 thousand dollars.  On appeal, Swinton argues his plea did not comply with the
 mandates of Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsel's
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.